UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>SIMONE MATA-HERNANDEZ,<br><br>Defendant. | CR05-5208FDB<br><br>ORDER TO CONTINUE<br>TRIAL DATE |

THIS MATTER came before the above-entitled Court upon the Defendant's motion for appointment of new counsel. The Court having ruled to keep counsel in place and having conferred with counsel regarding the trial and related dates, now concludes that a continuance of the trial and related dates is in the interest of justice and that this delay outweighs the best interest of the public and the defendant in a speedy trial. Having considered the entirety of the records and file herein,

The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date of August 15, 2005 is continued to October 3, 2005 at 9:00 am.

IT IS FURTHER ORDERED the period of time from the current trial date of August 15, 2005, up to and including the new trial date of October 3, 2005, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS FURTHER ORDERED that the pretrial motions due date be extended to August 23, 2005.

DONE this 12th day of August, 2005.

/s/ Franklin D Burgess
Franklin D Burgess
United States District Judge